# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 20-3034 MRW | Date | June 12, 2020 |
|---|---|---|---|
| Title | Chris Langer v. Mandiala | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica Piper | | None |
| Deputy Clerk | | Court Smart / Reporter |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None Present | | None Present |

**Proceedings:**      **(IN CHAMBERS) ORDER RE: DISMISSAL**

    Plaintiff filed a notice voluntarily dismissing this case with prejudice. (Docket # 14.) This action is dismissed with prejudice.